In the Matter of the Arbitration of Certain Matters of Difference between MARTIN D. BUCKLEY, Appellant, and J. & G. LIPPMANN, Respondent.

*Matter of Buckley*, 167 App. Div. 957, affirmed.

(Submitted February 8, 1918; decided February 26, 1918.)

APPEAL from a judgment, entered May 7, 1915, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department which reversed an order of Special Term confirming an award of arbitrators and directed that a judgment in favor of plaintiff based thereon be vacated and set aside. Defendant alleged that its own acknowledgment which it made to the articles of arbitration was not sufficient, and that, therefore, the arbitration agreement was not valid, and, therefore, no arbitration legally was ever held. Plaintiff contended that having selected its arbitrators and proceeded to a hearing of the matters in dispute the defendant could not for the first time on appeal raise the question as to the sufficiency of the acknowledgment. The Appellate Division held that there was no valid submission of the controversy to arbitrators under the provisions of the statute.

*Clyde W. Knapp* for appellant.

*Percival D. Oviatt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.